IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTO DURAN, JR., | ) C 08-0043 MMC(PR) |
| Petitioner, | ) **ORDER OF TRANSFER** |
| vs. | ) |
| K. SISTO, Warden, | ) |
| Respondent. | ) |

On January 4, 2008, petitioner, a California prisoner incarcerated at the California State Prison-Solano ("CSP-Solano") and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He challenges a conviction obtained in the Superior Court of San Joaquin County.[1]

Pursuant to 28 U.S.C. § 2241(d), venue for a habeas action is proper in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). In the instant action, neither the district of confinement nor the district of conviction is located within the venue of the Northern District of California. CSP-Solano, where petitioner is confined, is in

---

[1] Petitioner does not identify the county of conviction in the petition. In the caption of the petition, however, petitioner provides his state court criminal case number, SF 082453. (Pet. at 1.) When petitioner's name and criminal case number are entered as search criteria in the case information database of the official government website of the California courts (http://appellatecases.courtinfo.ca.gov), the search results reveal that petitioner was convicted in the Superior Court of San Joaquin County on September 9, 2002.

1  Solano County, which is located within the venue of the Eastern District of California. <u>See</u>
2  28 U.S.C. § 84(b). San Joaquin County, where petitioner was convicted, also is located
3  within the venue of the Eastern District of California. <u>See</u> <u>id.</u>
4      When venue is improper, the district court has the discretion to either dismiss the
5  action or transfer it "in the interest of justice." <u>See</u> 28 U.S.C. § 1406(a). Accordingly, in the
6  interest of justice, the above-titled action is hereby TRANSFERRED to the United States
7  District Court for the Eastern District of California.
8      The Clerk shall close the file.
9      IT IS SO ORDERED.
10 DATED: January 15, 2008
11                                    _____
                                       MAXINE M. CHESNEY
12                                     United States District Judge

2